UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

THE INDEPENDENCE PROJECT, INC.,
A New Jersey Non-Profit Corporation, and
RONALD MOORE, Individually,

    Plaintiffs,

v.                                                Case No. 3:15-cv-8448-FLW-LHG

HAZBRO REALTY, INC., a New Jersey
Corporation,

    Defendant.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.  The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

**/s/ Asaad K. Siddiqi**
Asaad K. Siddiqi, Esq.
McCusker, Anselmi, Rosen
& Carvelli, P.C.
210 Park Avenue, Ste. 301
Florham Park, NJ   07932
Telephone: (973) 635-6300
Facsimile: (973) 635-6363
asiddiqi@marc.law
and
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL   33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiff*

**/s/ Mark Goldstein**
Mark Goldstein, Esq..
Francine Galante-Carlin, Esq.
Goldstein Law Group LLC
14 Woodward Dr.
Old Bridge, NJ 08857 Telephone: 732-967-6777
markgoldstein@goldsteinlaw.legal
fgalantecarlin@goldsteinlaw.legal
*Attorneys for Defendant*

Date: **April 20, 2017**                 Date: **April 20, 2017**